IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:12-cr-45-MW/GRJ

WINSTON LEE MCKENZIE,

    Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States Magistrate Judge, ECF No. 48, filed May 14, 2013, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, Anthony A. Bowen, to Counts One and Two of the Indictment is hereby ACCEPTED. All parties shall appear before the Court for sentencing as directed.

SO ORDERED on May 16, 2013.

                                                s/Mark E. Walker
                                                United States District Judge